07 FEB -1 PM 1:30

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION

| | |
|---|---|
| RITA STAPLETON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. **1:07 CV 071** |
| CREDIT BUREAU COLLECTION SERVICES, INC., | ) ) ) WEBER, J. |
| Defendant. | ) ) |

## COMPLAINT

NOW COMES the Plaintiff, RITA STAPLETON, by and through her attorneys, JOHN E. STILLPASS, and LARRY P. SMITH & ASSOCIATES, LTD., complaining against the Defendant, CREDIT BUREAU COLLECTION SERVICES, INC., and alleging as follows:

### PRELIMINARY STATEMENT

1. This is an action for actual and statutory damages for violations of the Fair Debt Collection Practices Act (hereafter the "FDCPA"), 15 U.S.C. § 1692 et seq.

### JURISDICTION AND VENUE

2. Jurisdiction arises under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq.

### PARTIES

3. Plaintiff, Rita Stapleton ("Plaintiff"), is an individual who was at all relevant times residing in the Town of Loveland, State of Ohio.

4. At all relevant times herein, Defendant, Credit Bureau Collection Services, Inc., ("Defendant") acted as a debt collector within the meaning of 15 U.S.C. § 1692a(6) in that it held itself out to be a company collecting a debt allegedly owed to BellSouth—Alabama.

5. Defendant is a corporation that has its principal place of business and its offices located in the State of Ohio.

## ALLEGATIONS
## COUNT I
## VIOLATIONS OF THE FDCPA v. CREDIT BUREAU COLLECTION SERVICES, INC.

6. On or about August 7, 2006, Plaintiff received a debt collection letter from Defendant attempting to collect an alleged debt owed by Plaintiff to Bell South—Alabama in the amount of $724.69.

7. Shortly thereafter, on August 13, 2006, Plaintiff sent a cease and desist letter to Defendant requesting verification of the alleged debt. In said correspondence, Plaintiff indicated she never resided in Alabama and provided copies of her W-2 as proof that she resided in Ohio for the last six years. Furthermore, Plaintiff indicated that she believed the account was the result of identity theft.

8. Despite Plaintiff's request for validation, Defendant began to contact Plaintiff by telephone in an effort to collect the alleged debt. A representative of Defendant stated in telephone conversations that if Plaintiff believed the account was the result of fraud she was still liable for payment of the account and had to sue that person for recovery.

9. To date, Plaintiff has never received validation of the alleged debt.

10. In its attempts to collect the aforementioned debt, the Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 in one or more of the following ways:

    a. Falsely represented the character, amount or legal status of the any debt in violation of 15 U.S.C. § 1692e(2)(A);

    b. Represented or implied that nonpayment of any debt will result in the arrest or imprisonment of any person or the seizure, garnishment, attachment, or

sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action in violation of 15 U.S.C. § 1692e(4);

c. Threatened to take any action that cannot legally be taken or that is not intended to be taken in violation of 15 U.S.C. § 1692e(5); and

d. Used false representation of deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer in violation of 15 U.S.C. § 1692e(10).

11. As a result of Defendant's violations as aforesaid, Plaintiff suffered and continues to suffer personal humiliation, embarrassment, mental anguish and emotional distress.

WHEREFORE, Plaintiff, RITA STAPLETON, by and through her attorneys, respectfully prays for judgment as follows:

a. All actual compensatory damages suffered;

b. Statutory damages of $1,000.00 for Plaintiff;

c. Plaintiff's attorneys' fees and costs;

d. Any other relief deemed appropriate by this Honorable Court.

***PLAINTIFF REQUESTS A TRIAL BY JURY ***

Respectfully Submitted,
RITA STAPLETON

By: _____
Attorney for Plaintiff

John E. Stillpass
Ohio Registration No. 0006993
JOHN E. STILLPASS,
Attorneys at Law
9545 Kenwood Rd., Suite 103
Cincinnati, OH 45242
Ph. 513-936-0800