**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
CINCINNATI DIVISION**

| | | |
|---|---|---|
| RITA STAPLETON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-CV-0071-HJW |
| | ) | |
| CREDIT BUREAU COLLECTION SERVICES, INC., | ) | Judge Weber |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff, RITA STAPLETON, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD. AND JOHN E. STILLPASS, ATTORNEYS AT LAW, and hereby gives Notice of the dismissal of these proceedings against the Defendant, CREDIT BUREAU COLLECTION SERVICES, INC., with prejudice and without costs to be paid to any party.

        Respectfully Submitted,
        **RITA STAPLETON**

        By:   */s Ronna S. Lucas*
               Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911

JOHN E. STILLPASS, ATTORNEYS AT LAW
9545 Kenwood Road; Suite 103
Cincinnati, Ohio 45242
(513) 936-0800 Phone
(513) 794-8800 Fax

**CERTIFICATE OF SERVICE BY MAIL**

  I, the undersigned, an attorney for Plaintiff, certify that on April 27, 2007, a copy of the foregoing was sent to the following party or parties by depositing the same in the United States mail with sufficient postage affixed thereon and addressed as follows:

Credit Bureau Collection Services, Inc.
Attn: Legal Department
PO Box 165025
Columbus, OH 43216

           By: */s Ronna S. Lucas*
              Attorney for Plaintiff


LARRY P. SMITH & ASSOCIATES, LTD.
Attorneys for Plaintiff
205 North Michigan Avenue, 40TH Floor
Chicago, Illinois 60601
Ph (312) 222-9028
Fax (312) 602-3911

JOHN E. STILLPASS, ATTORNEYS AT LAW
9545 Kenwood Road; Suite 103
Cincinnati, Ohio 45242
(513) 936-0800 Phone
(513) 794-8800 Fax